**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SURGERY CENTER OF VIERA, LLC,**

  **Plaintiff,**

v.                   Case No:   6:20-cv-590-Orl-22EJK

**CIGNA HEALTH AND LIFE**
**INSURANCE COMPANY,**

  **Defendant.**

**ORDER OF DISMISSAL**

  The Court has been advised by **counsel for Plaintiff** that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.08(b) M.D.Fla., it is

  **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

  **DONE** and **ORDERED** at Orlando, Florida on August 12, 2020.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record